UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA LEGGETT and KRISTI WARRINER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>RUST-OLEUM CORPORATION,<br><br>                Defendant. | Case No. 1:17-cv-01449 |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Anna Leggett and Kristi Warriner and Defendant Rust-Oleum Corporation by and through their respective counsel of record, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss the above-captioned matter with prejudice. The parties are to bear their own fees and costs except as pursuant to any other agreements as between the parties.

Dated: September 14, 2017                        Respectfully submitted,

| | |
|---|---|
| */s/ Todd. S. Garber*<br>Todd S. Garber<br>D. Gregory Blankinship<br>**Finkelstein, Blankinship,**<br>**Frei-Pearson & Garber, LLP**<br>445 Hamilton Avenue, Suite 605<br>White Plains, NY 10601 | /s/ *John P. Ryan*<br>John P. Ryan<br>Albert Angelo<br>Brandon Stein<br>**Hinshaw & Culbertson LLP**<br>222 North LaSalle Street, Suite 300<br>Chicago, IL 60601<br>*Attorneys for Defendant* |

Richard R Gordon
**Gordon Law Offices, Ltd.**
211 W Wacker Drive, Suite 500
Chicago, IL 60606
*Attorneys for Plaintiff*

{00287208 }                                                                                                               00423469v1 2146